PHILLIP A. TALBERT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-00130-MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: August 31, 2017<br>Time: 10:00 a.m. |
| MAURICE ANTOINE JEFFERSON, | Judge: Hon. Morrison C. England |
| Defendant. | |

Plaintiff United States of America, through its respective counsel, and Defendant Maurice Jefferson, through his counsel of record, stipulate that the status conference currently set for August 31, 2017, be continued to September 28, 2017, at 10:00 a.m.

On August 7, 2017, Defendant was arraigned on the three-count Indictment in this case. (ECF No. 6.) Since that time, the United States has produced over 200 pages of discovery, which includes all of the official reports generated in connection with this case, as well as all of the related search warrant affidavits and orders filed in the Solano County Superior Court. In the coming weeks, the government expects to produce an additional set of discovery materials, including a voluminous set of bank records from two financial institutions that Defendant had accounts at. Defense counsel requires a brief period of additional time to review the materials already produced, to confer with his client, to conduct further research and investigation about the charged offenses, and to otherwise prepare for trial.

Based on the foregoing, the parties stipulate that the status conference currently set for August 31, 2017, be continued to September 28, 2017, at 10:00 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date this order issues to and including September 28, 2017, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4, based on continuity of counsel and defense preparation.

Counsel and the Defendants also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the Defendant in a speedy trial.

Respectfully submitted,


Dated:  August 23, 2017                    _/s/ Timothy H. Delgado_____
                                           TIMOTHY H. DELGADO
                                           Assistant United States Attorney
                                           Attorney for Plaintiff United States


Dated:  August 23, 2017                    _/s/ THD for Douglas J. Beevers_____
                                           DOUGLAS J. BEEVERS
                                           Attorney for Defendant Maurice Jefferson

<u>ORDER</u>

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the Defendants in a speedy trial.

Time from the date the parties stipulated, up to and including September 28, 2017, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479 (Local Code T4). It is further ordered that the August 31, 2017, status conference shall be continued until September 28, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: August 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE