| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
|   | United States Attorney |
| 2 | TIMOTHY H. DELGADO |
|   | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
|   | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
|   | Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:17-CR-00130-MCE |
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| v. | Date: September 28, 2017 |
| MAURICE ANTOINE JEFFERSON, | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Morrison C. England, Jr. |

Plaintiff United States of America, through its respective counsel, and Defendant Maurice Antoine Jefferson, through his counsel of record, stipulate that the status conference currently set for September 28, 2017, be continued to October 26, 2017, at 10:00 a.m.

On August 7, 2017, Defendant was arraigned on the three-count Indictment in this case. (ECF No. 6.) Since that time, the United States has produced over 200 pages of discovery, which includes all of the official reports generated in connection with this case, as well as all of the related search warrant affidavits and orders filed in the Solano County Superior Court. This week, the government will produce additional discovery that includes a voluminous set of bank records from two financial institutions that Defendant had accounts at. Defense counsel will require time to review the materials already produced, to confer with his client, to conduct further research and investigation about the charged offenses, and to otherwise prepare for trial.

STIPULATION AND ORDER TO CONTINUE STATUS
CONFERENCE

1

| | |
|---|---|
| 1 | Based on the foregoing, the parties stipulate that the status conference currently set for September |
| 2 | 28, 2017, be continued to October 26, 2017, at 10:00 a.m.  The parties further agree that time under the |
| 3 | Speedy Trial Act should be excluded from the date this order issues to and including October 26, 2017, |
| 4 | under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local |
| 5 | Code T4, based on continuity of counsel and defense preparation. |
| 6 | Counsel and the Defendants also agree that the ends of justice served by the Court granting the |
| 7 | requested continuance outweigh the best interests of the public and the Defendant in a speedy trial. |

Respectfully submitted,

Dated:  September 26, 2017                     */s/ Timothy H. Delgado*
                                                                    TIMOTHY H. DELGADO
                                                                    Assistant United States Attorney
                                                                    Attorney for Plaintiff United States

Dated:  September 26, 2017                     */s/ THD for Douglas J. Beevers*
                                                                    DOUGLAS J. BEEVERS
                                                                    Attorney for Defendant Maurice Jefferson

## ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the Defendants in a speedy trial.

Time from the date the parties stipulated, up to and including October 26, 2017, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479 (Local Code T4). It is further ordered that the September 28, 2017 status conference shall be continued until October 26, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: September 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE