PHILLIP A. TALBERT
United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MAURICE ANTOINE JEFFERSON,<br><br>Defendant. | 2:17-CR-00130-MCE<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: October 26, 2017<br>Time: 10:00 a.m.<br>Judge: Hon. Morrison C. England |

Plaintiff United States of America, through its respective counsel, and Defendant Maurice Antoine Jefferson, through his counsel of record, stipulate that the status conference currently set for October 26, 2017, be continued to December 7, 2017, at 10:00 a.m.

On August 7, 2017, Defendant was arraigned on the three-count Indictment in this case. (ECF No. 6.) Since that time, the United States has produced over 200 pages of discovery, which includes all of the official reports generated in connection with this case, as well as all of the related search warrant affidavits and orders filed in the Solano County Superior Court. In September, the government provided the defense with additional discovery that included a voluminous set of bank records from two financial institutions where Defendant maintained accounts. Defense counsel requires additional time to review the materials produced, to confer with his client, to conduct further research and investigation about the charged offenses, and to otherwise prepare for trial.

1 | Based on the foregoing, the parties stipulate that the status conference currently set for October 26, 2017, be continued to December 7, 2017, at 10:00 a.m. The parties further agree that time under the Speedy Trial Act should be excluded from the date this order issues to and including December 7, 2017, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and General Order 479, Local Code T4, based on continuity of counsel and defense preparation.

Counsel and the Defendants also agree that the ends of justice served by the Court granting the requested continuance outweigh the best interests of the public and the Defendant in a speedy trial.

Respectfully submitted,

Dated: October 24, 2017        */s/ Timothy H. Delgado*
TIMOTHY H. DELGADO
Assistant United States Attorney
Attorney for Plaintiff United States


Dated: October 24, 2017        */s/ THD for Douglas J. Beevers*
DOUGLAS J. BEEVERS
Assistant Federal Defender
Attorney for Defendant Maurice Jefferson

ORDER

The Court, having received and considered the parties' stipulation, and good cause appearing therefore, adopts the parties' stipulation in its entirety as its order. It specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and the Defendants in a speedy trial.

Time from the date the parties stipulated, to and including December 7, 2017, shall be excluded from computation of time within which the trial in this case must be commenced under the Speedy Trial Act, under 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] and General Order 479 (Local Code T4). It is further ordered that the October 26, 2017 status conference shall be continued until December 7, 2017, at 10:00 a.m.

IT IS SO ORDERED.

Dated: October 26, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE