HEATHER E. WILLIAMS, #122664
Federal Defender
DOUGLAS BEEVERS, #288639
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Telephone: (916) 498-5700

Attorneys for Defendant
MAURICE ANTOINE JEFFERSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No.  2:17-cr-00130-MCE-1 |
|---|---|
| Plaintiff, | ) |
| vs. | ) ORDER TO FILE EXHIBIT B TO MOTION FOR COMPASSIONATE RELEASE UNDER SEAL |
| MAURICE ANTOINE JEFFERSON, | ) |
| Defendant. | ) |

The Request to Seal the Medical Records in Mr. Maurice Antoine Jefferson's case is GRANTED so that the private medical information is not available on the public docket.  The Request to Seal and Exhibit B shall be filed under seal and served on the Court and opposing counsel.  These shall remain under seal until further Order of the Court.

IT IS SO ORDERED.
Dated:  August 17, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

Order to Seal Documents                -1-