1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  DOUGLAS BEEVERS, #288639
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, CA  95814
4  Telephone: (916) 498-5700

5  Attorneys for Defendant
   MAURICE ANTOINE JEFFERSON
6

7

8                  IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          )  Case No.  2:17-cr-00130-MCE-1
                                       )
11          Plaintiff,                 )
                                       )
12      vs.                            )  ORDER TO FILE EXHIBIT C TO MOTION
                                       )  FOR COMPASSIONATE RELEASE UNDER
                                       )  SEAL
13  MAURICE ANTOINE JEFFERSON,         )
                                       )
14          Defendant.                 )
                                       )
15  _____)

16

17      **IS HEREBY ORDERED** that the Request to Seal the Questionnaire in Mr. Maurice

18  Antoine Jefferson's case be GRANTED so that the private familial information is not available

19  on the public docket. The Request and the Questionnaire shall be filed under seal.  The records

20  are to be provided to the Court and opposing counsel. These documents shall remain under seal

21  until further Order of the Court.

22      IT IS SO ORDERED.

23  Dated:  August 28, 2020

24

25  _____
    MORRISON C. ENGLAND, JR.
    SENIOR UNITED STATES DISTRICT JUDGE

26

27

28

Order to Seal Documents                    -1-