McGREGOR W. SCOTT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-00130-MCE |
| Plaintiff, | STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |
| v. | |
| MAURICE ANTOINE JEFFERSON, | |
| Defendant. | |

**STIPULATION**

1. Defendant Maurice Jefferson filed a motion for reduction in sentence and compassionate release on August 12, 2020. Docket No. 34. The government's response is due by August 28 2020, and any reply due September 4, 2020. Government counsel requests additional time to obtain records and draft the response brief.

2. Counsel for the defendant does not oppose this request.

///

///

///

///

///

1   3. Accordingly, by this stipulation, the parties now request that:

2   a) The government's opposition or response to defendant's motion, Docket No. 34,
3   be due on September 4, 2020; and

4   b) The defense reply, if any, will be due on September 11, 2020.

6   IT IS SO STIPULATED.

McGREGOR W. SCOTT
United States Attorney

Dated: August 28, 2020

*/s/ Roger Yang*
ROGER YANG
Assistant United States Attorney


Dated: August 28, 2020             /s/ *Douglas Beevers*
DOUGLAS BEEVERS
Counsel for Defendant

**ORDER**

Based upon the stipulation and representations of the parties, IT IS HEREBY ORDERED THAT:

    a)    The government's opposition or response to defendant's motion, Docket No. 34, is due on **September 4, 2020**;

    b)    The defense reply, if any, will be due on **September 11, 2020**.

IT IS SO ORDERED.

Dated: September 2, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE